UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  Jasmine Chantrell Scott　　　　　　　　　CASE NO. 04-17666-A

DEBTOR　　　　　　　　　　　　　　　　　　　　CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER MODIFYING STAY

This case was scheduled for hearing initially on December 20, 2005 and continued to January 10, 2006 on the motion of US Bank in the name of Mortgage Electronic Registrations Systems, Inc., solely as nominee for US Bank, successor by merger with Leader Mortgage Company, for relief from the automatic stay. The stay is modified by the terms of this Order. As of the initial hearing date, the post-petition delinquency is itemized as follows:

1. 5 post-petition payments of $440.53 each due for
   August 1, 2005 to December 1, 2005 …………………..　　2,202.65

2. 5 late charges of $17.63 each due for August 1, 2005
   to December 1, 2005 ……………….... . . . . . . . . . .　　　88.15

3. Attorney fee …………………………………………….　　550.00

4. Court cost ……………………………………………　__150.00__

　　　　　　　　　　　　　　　　　　TOTAL　　$2,990.80

Application of the amount of $233.47 Debtor had in suspense reduces the post-petition delinquency to $2,757.33.

　　IT IS ORDERED that Debtor shall file an Amended Plan to provide for payment of the remaining post-petition delinquency of $2,757.33 over the term of the plan through the Trustee and insure that the Trustee schedules this amount to be paid.

IT IS ORDERED further that Debtor shall pay the ongoing post-petition payments timely as they come due directly to US Bank commencing with the January 1, 2006 payment. Should US Bank not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and twenty-five (25) days lapse without receipt of the payment, then said event will constitute a default of this Order, and the Court shall lift the stay upon the presentation of an affidavit of nonpayment executed by a representative of US Bank with notice but without a hearing.

IT IS ORDERED further that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion, and the Court shall lift the stay upon the presentation of an affidavit of nonpayment executed by a representative of US Bank with notice but without a hearing.

New Orleans, Louisiana, this 17th day of January, 2006.

ELIZABETH W. MAGNER
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

_/S/ Cris Jackson_____
Cris R. Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
1010 Common Street
Suite 1800
N.O., LA 70112
504-581-9444
fax 504-588-2888

READ and AGREED:

_/S/ Timothy P. Kirkpatrick___
Timothy P. Kirkpatrick
Kirkpatrick and Associates
3501 North Causeway Boulevard
Suite 300
Metairie, LA 70002